UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Charles Chipman,

                Plaintiff,

-against-

Port Authority Trans Hudson Corp.,

                Defendant.

1:19-cv-09526 (SDA)

**ORDER OF DISMISSAL**

**STEWART D. AARON, United States Magistrate Judge:**

    It having been reported to this Court that this case has been settled, it is hereby ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

DATED:    New York, New York
              December 9, 2020

_____
STEWART D. AARON
United States Magistrate Judge